**No. P67/90.**—Henry Wedemeyer, Inc. *v.* United States, protests 65/5493 and 65/12664 (New York).

RAO, C. J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of battery-operated

mixers similar in all material respects to those the subject of *F. B. Vandegrift & Co., Inc.* v. *United States* (53 Cust. Ct. 231, Abstract 68674), the claim of the plaintiff was sustained.